1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  CHRISTOPHER D. BAKER
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
7  Attorneys for Plaintiff
   United States of America

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:11-CR-00026-LJO
12 |                    Plaintiff,       | ORDER FOR FORFEITURE MONEY JUDGMENT
13 |         v.
14 | MICHAEL ANGELO MUNOZ,
15 |                    Defendant.

16

17     Based upon the United States' Application for Forfeiture Money Judgment and the plea

18  agreement entered into between plaintiff United States of America and defendant Michael Angelo

19  Munoz,

20     IT IS HEREBY ORDERED that

21     1.     The defendant Michael Angelo Munoz shall forfeit to the United States the sum of

22  $1,931,762.09 and that the Court imposes a personal forfeiture money judgment against defendant in

23  that amount.

24     2.     Any funds applied towards such judgment shall be forfeited to the United States of

25  America and disposed of as provided for by law.  Prior to the implementation of sentence, any funds

26  delivered to the United States to satisfy the personal money judgment shall be seized and held by the

27  U.S. Marshals Service, in its secure custody and control.

28     3.     This Order of Forfeiture shall become final as to the defendant at the time of sentencing

and shall be made part of the sentence and included in the judgment.

    4.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,931,762.09 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:   **November 22, 2013**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE