1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-412-4746
4  carl.faller@fallerdefense,com

5

   Attorney for Defendant
6  MICHAEL MUNOZ

7

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00026 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
|  | ) DATE FOR SENTENCING |
| vs. | ) |
|  | ) Date: February 18, 2014 |
| MICHAEL MUNOZ, | ) Time:  8:30 am |
|  | ) Honorable Lawrence J. O'Neill |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing is currently set in this matter for February 18, 2014 at 8:30 am.  It is respectfully stipulated and requested that the sentencing hearing be continued until March 17, 2014 at 8:30 am, to allow additional time for the completion of the Presentence Report due to difficulties in scheduling the defendant's interview.

Dated: January 15, 2014

                /s/  Carl M. Faller\_\_\_\_\_
                CARL M. FALLER
                Attorney for Defendant
                MICHAEL MUNOZ

BENJAMIN B. WAGNER
United States Attorney


By:  /s/ Kirk Sherriff
KIRK SHERRIFF
Assistant U.S. Attorney


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for February 18, 2014 at 8:30 am, be continued until March 17, 2014 at 8:30 am.
.

IT IS SO ORDERED.

Dated:   **January 16, 2014**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE