CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
MICHAEL MUNOZ

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:11-cr-0026 LJO |
| Plaintiff, | STIPULATION TO CONTINUE DATE FOR SENTENCING |
| vs. | Date:  March 17, 2014 |
| MICHAEL MUNOZ, | Time:  8:30 am |
| Defendant. | Honorable Lawrence J. O'Neill |

   It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

   The sentencing hearing in this matter is currently set for March 17, 2014 at 8:30 am.  It is respectfully stipulated and requested that the sentencing hearing be continued until April 7, 2014 at 8:30 am, to allow additional time for counsel to gather materials for use at the sentencing hearing and to file his sentencing memorandum.  Pursuant to this new date, the parties' Informal Objections are due on March 17, 2014 and the Formal Objections on March 31, 2014.

 Dated:  March 3, 2014

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
MICHAEL MUNOZ

BENJAMIN B. WAGNER
United States Attorney


By: /s/ Kirk Sherriff
KIRK SHERRIFF
Assistant U.S. Attorney


ORDER:

Based upon the stipulation of the parties and good cause appearing, the defendant's \
sentencing hearing currently set for March 17, 2014 at 8:30

am, be continued until April 7, 2014 at 8:30 am.
.

IT IS SO ORDERED.

Dated:   **March 4, 2014**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28