1 | CARL M. FALLER  SBN: 70788
Attorney at Law
2 | Post Office Box 912
Fresno, CA 93714
3 | Tel:  559-226-1534
Fax:  559-412-4746
4 | carl.faller@fallerdefense,com

5

6 | Attorney for Defendant
MICHAEL MUNOZ

### IN THE UNITED STATED DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.:  1:11-cr-0026 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) DATE FOR SENTENCING |
| vs. | ) |
| | ) Date:  April 7, 2014 |
| MICHAEL MUNOZ, | ) Time:  8:30 am |
| | ) Honorable Lawrence J. O'Neill |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing in this matter is currently set for April 7, 2014 at 8:30 am.  It is respectfully stipulated and requested that the sentencing hearing be continued until May 5, 2014 at 8:30 am.  The reason for the continuance is to allow defense counsel additional time to research sentencing issues and prepare his presentation to the court regarding the defendant's sentencing.

Dated:  March 26, 2014

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
MICHAEL MUNOZ

1
2
3
4
5

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

6  ORDER:

7  Based upon the stipulation of the parties and good cause appearing, it is hereby
8
9  ORDERED that the defendant's sentencing hearing currently set for April 7, 2014 at 8:30
10 am, be continued until May 5, 2014 at 8:30 am.
  .
11
12 IT IS SO ORDERED.
13   Dated:   **March 27, 2014**           **/s/ Lawrence J. O'Neill**
14                                          UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28